

Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:             CLERK, U.S. BANKRUPTCY COURT

Re:             UNDISTRIBUTED FUNDS

Debtors:        BENJAMIN GORDILLO VILCHIS & GUADALUPE BAUTISTA-GUITIERREZ
                730 CALLE AMAPOLA
                THOUSAND OAKS, CA 91360

Case No.:       SV09-10254-VK

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified
below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due
diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds
in the above referenced matter.

| Payee: | Amount: |
|---|---|
| BENJAMIN GORDILLO VILCHIS & GUADALUPE BAUTISTA-GUITIERREZ<br>730 CALLE AMAPOLA<br>THOUSAND OAKS, CA 91360 | $6.97 |

Dated:   April 29, 2011

Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA  91403

Check No.: 0829697
Check Date: 04/21/2011
Check Amt: 6.97

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0910254 | | BENJAMIN GORDILLO VILCHIS | | 0.00 | 0.00 | 6.97 | 6.97 |
| | Claim #: 00000 | GUADALUPE BAUTISTA-GUITIERREZ | | | | | |
| | | TOTALS | | 0.00 | 0.00 | 6.97 | 6.97 |

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA  91403

VILCHIS, BENJAMIN GORDILLO

Case No: 0910254

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

| CHECK DATE | CHECK NO. |
|---|---|
| Apr 21, 2011 | 0829697 |

| CHECK AMOUNT |
|---|
| $**********6.97 |

VOID AFTER 60 DAYS

PAY ONLY  **6.97**
SIX   PESOS   NINE   SEVEN

PAY TO THE ORDER OF   CLK US BANKRUPTCY CT

VOID OVER $6.97

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0829697⑈ ⑆122044300⑆ 001⑈111690⑈